IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS AT WICHITA

| | |
|---|---|
| In Re: | ) Case No. 15-12275 |
| | ) |
| Angella Michelle Manning fka Angella Adams, *Debtor* | ) Chapter: 7 |
| | ) |
| WestVue NPL Trust II, by LongVue Mortgage Capital, Inc., *Creditor* | ) |
| | ) |
| vs. | ) |
| | ) |
| Angella Michelle Manning fka Angella Adams, *Debtor* | ) |
| | ) |
| and | ) |
| | ) |
| Linda S. Parks, *Trustee* | ) |

**MOTION TO RATIFY FORECLOSURE SALE
AND ANNUL AUTOMATIC STAY UNDER 11 U.S.C. §362(d)**

Comes Now, WestVue NPL Trust II, by LongVue Mortgage Capital, Inc., its subsidiaries, affiliates, predecessors in interests, successors or assigns, ("Creditor"), and in support of its motion, states as follows:

1. Movant files this motion under Rules 4001 and 9014, Rules of Bankruptcy Procedure. On October 19, 2015, the Debtor filed under Chapter 7 of the Bankruptcy Code. Movant is the vested title holder.

2. Jurisdiction is invoked in the District Court under 28 U.S.C. §1334(a) and 28 U.S.C. §1471(a) and jurisdiction is proper in this Court pursuant to 28 U.S.C. §1408(1) and §157(b)(2)(G).

3. Angella Michelle Manning ("Debtor") resides at 820 S Lexington Rd, Wichita, KS 67218.

4. Linda S. Parks is the Trustee duly appointed by law ("Trustee").

5. On February 29, 2008, the Debtor executed a promissory note (the "Note") in the principal sum of $46,550.00.

6. Contemporaneously with the execution of the Note, a Mortgage was executed to secure repayment of the Note. The Mortgage was filed for record with the Office of the Register of Deeds of

Sedgwick County, Kansas, on March 4, 2008, Document No. 28956423A. The Property is legally described as follows:

Lot 22, Block 4, Purcell's Sixth Addition to Wichita, Sedgwick County, Kansas, commonly known as 1039 Waverly St, Wichita, KS 67218-3525 (the "Property")

7. The Debtor has not filed Chapter 7 statements and schedules.

8. The Property was sold at Sheriff's sale on October 14, 2015. The Order confirming Sheriff's Sale was filed on October 20, 2015.

9. Debtor does not reside at the Property.

**WHEREFORE**, Creditor, its subsidiaries, affiliates, predecessors in interests, successors or assigns, prays that the automatic stay by annulled under 11 U.S.C. § 362(d), without further notice or hearing, to validate the foreclosure proceedings, and to further secure possession of the Property under the terms of the Mortgage and applicable non-bankruptcy state law, and for other and further relief as the Court deems proper.

SOUTHLAW, P.C.
_s/ Ashley B. Osborn_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this October 28, 2015 with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

Angella Michelle Manning
820 S Lexington Rd
Wichita, KS 67218
**DEBTOR**

Helenna Bird
Law Office of Helenna Bird
1502 N. Broadway St
Wichita, KS 67214
**ATTORNEY FOR DEBTOR**

Linda S Parks
100 North Broadway
Suite 950
Wichita, KS 67202
**TRUSTEE**

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202
**U.S. TRUSTEE**

 s/ Ashley B. Osborn
Steven L. Crouch
Wendee Elliott-Clement
Ashley B. Osborn
**ATTORNEYS FOR CREDITOR**

File No. 95832
Case No: 15-12275-dls