**SO ORDERED.**

**SIGNED this 2nd day of December, 2015.**



_____Dale L. Somers_____
Dale L. Somers
United States Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: ) | |
| ) | |
| Angella Michelle Manning fka Angella Adams Adams, *Debtor* ) | |
| ) | Case No. 15-12275-dls |
| WestVue NPL Trust II, by LongVue Mortgage Capital, Inc., ) | |
| loan servicing agent for *Moving Creditor* ) | Chapter: 7 |
| ) | |
| vs. ) | |
| ) | |
| Angella Michelle Manning fka Angella Adams Adams, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Linda S. Parks, *Trustee* ) | |

### ORDER ANNULLING AUTOMATIC STAY
### AND RATIFYING FORECLOSURE SALE

**THIS MATTER** comes on for consideration upon the Motion To Ratify Foreclosure Sale And Annul Automatic Stay Under 11 U.S.C. §362(d) by WestVue NPL Trust II, its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Creditor"). Based upon the pleadings filed and the evidence produced, the Court makes the following findings:

1. The Sheriff referred to in the Motion conducted a lawful foreclosure sale, free of any irregularities, pursuant to Kansas law on the property listed herein.

File No. 95832
Case No: 15-12275-dls

United States Bankruptcy Court
Western District of Missouri
In re: WestVue NPL Trust II v. Angella M. Adams
Case No. 15-12275-dls
Chapter 7
Order Annulling stay
Page 2

**IT IS THEREFORE BY THE COURT ORDERED** that WestVue NPL Trust II, its subsidiaries, affiliates, predecessors in interest, successors or assigns, is granted relief from the automatic stay imposed under 11 U.S.C. §362 in that the automatic stay is Annulled and that the foreclosure on the property legally described as:

**Lot 22, Block 4, Purcell's Sixth Addition to Wichita, Sedgwick County, Kansas,** commonly known as 1039 S. Waverly Street, Wichita, KS 67218,

is valid. Movant may proceed with an action to recover possession of the real property described in its motion, in accordance with applicable non-bankruptcy state law and to execute on any judgment for possession rendered in its favor

**IT IS SO ORDERED.**

###

SOUTHLAW, P.C.
 _s/ Ashley B. Osborn_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 95832
Case No: 15-12275-dls